# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Judge | Pamela S. Hollis |
| Enrique Montano | ) | Trustee's | Glenn Stearns |
| Debtor | ) | Case No: | 17-29620 |
| | ) | Chapter: | 13 |

## NOTICE OF MOTION

**To: Glenn Stearns, 801 Warrenville Rd, Suite 655. Lisle IL 60532**
*(served by electronic filing)

Please take notice that on December 1, 2017, at 11:30 am or as soon thereafter as counsel may be heard, I shall appear the **Honorable Pamela S. Hollis** or any judge sitting in her stead in Courtroom 2nd Floor, 150 West Jefferson St., City Hall Joliet, Illinois, and present the attached Motion.

**/s/ Manuel A. Cardenas, Attorney for Debtor**


## PROOF OF SERVICE BY MAIL

I, the attorney, certify that I served this notice of motion with motion attached by electronic filing and mailing a copy to the above-listed individuals at their respective addresses and depositing same in the U.S. Mails at the corner of Milwaukee and California, Chicago, Illinois 60647 on November 29, 2017, with proper postage prepaid.

**/s/ Manuel A. Cardenas, Attorney**



Manuel A. Cardenas
2059 North Western Avenue
Chicago, Illinois 60647
773-227-6858

# CREDITORS LIST **

**Allied Buiding Products Corp**
%Kohner, Mann & Kailas,                          (26069537)
4650 North Port Washington Rd                    (cr)
Milwaukee, IL 53212

**Arnoldharris**
111 West Jackson B                               (26069538)
Chicago, IL 60604                                (cr)

**Aurora Dental Care Ltd**
P O Box 6174                                     (26069539)
Aurora, IL 60598                                 (cr)

**Bank of America**
4161 Piedmont Pkwy                               (26069540)
Greensboro, NC 27410                             (cr)

**BMO Harris Bank**
1700 East Warrenville Rd                         (26069541)
Naperville, IL 60563                             (cr)

**Carmen Flores**
%Better Busines Bureau of chicago
330 North Wabash Avenue                          (26069542)
Suite 3120                                       (cr)
Chicago, IL 60611

**Carmen Flores**
See Attachment 3                                 (26237767)
Chicago IL 60611                                 (cr)

**ComEd Costumer Care Service**
P O Box 805379                                   (26069543)
Chicago, IL 60680                                (cr)

**Commonwealth Edison Company**
Attn: Bankruptcy Department                      (26217572)
1919 Swift Drive                                 (cr)
Oakbrook Terrace, IL 60523

**Culligan of Bolingbrook**
375 West South Frontage Rd Suite B               (26237768)
Bolingbrook IL 60440                             (cr)

**FMS DMS PNR**                                  (26069544)

P O Box 979113 (cr)
Saint Louis, MO 63197

**Harris N.a.** (26069545)
Po Box 94034
Palatine, IL 60094 (cr)

**Illinois Department of Financials** (26069546)
9511 Harrison St
Suite LL50 (cr)
Des Plaines, IL 60016

**Illinois Department of Revenue** (26237766)
See Attachment 1
Chicago IL 60601 (cr)

**Illinois Department of Revenue** (26069547)
Bankruptcy Unit, 100 West Randolph St #7
Chicago, Illinois 60601 (cr)

**Internal Revenue Department** (26069548)
2001 Butterfield Rd
Downers Grove, Illinois 60515 (cr)

**Jose luis Jimenez** (26069549)
4631 Towle Avenue
Hammond, IN 46327 (cr)

**New Calument city Currency Exchange** (26069550)
%Sorman & Frankel, Ltd
180 North LaSalle St
Suite 2700 (cr)
Chicago, IL 60601

**PioneerCredit Recovery Inc** (26069551)
26th Edward St.
Arcade, NY 14009 (cr)

**Richard Building Const** (26069552)
%Cook County Sherfiff
50 West Washington
Suite 701 (cr)
Chicago, IL 60602

**Richards Builders Supply** (26069553)
Cannonito and Associates
12070 West 159th Street (cr)
Homer Glen, IL 60491

**Richards Building Supply Co.** (26069554)

Michael D. Weis                                    (cr)
P O Box 1166
Northbrook, IL 60065

**Rush Copley**                                    (26069555)
P O Box 352                                        (cr)
Aurora, IL 60507

**The Church of Israel**                           (26237769)
See Attachment 6                                   (cr)
Chicago IL 60606

**The Church of Israel**                           (26069556)
%Kelly Olson Michod Dehaan & Richter, LL
333 West Wackter Dr                                (cr)
Suite 2000
Chicago, IL 60606

**Tiffany Sherill**                                (26069557)
%Harris. Winick and Harris
333 West Wacker Dr                                 (cr)
Suite 2060
Chicago, IL 60606

**Tiffany Sherill**                                (26237770)
See Attachment 7                                   (cr)
Chicago IL 60606

**Tondalaia Bardel**                               (26069558)
%Morrisrie and Associates
114 South Bloomingdale Rd                           (cr)
Bloomingdale, IL 60108

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Judge | Pamela S. Hollis |
| Enrique Montano | ) | Trustee's | Glenn Stearns |
| Debtors | ) | Case No: | 17-29620 |
| | ) | Chapter: | 13 |

**MOTION FOR ORIGINAL FEE HEARING FOR REPRESENTING DEBTOR CHAPTER 13 BANKRUPCY CASE**

Now come Manuel A. Cardenas, moving this Court for an award of original attorneys' fee in the above captioned case in the amount of $3,500.00 plus court cost expanses of $310.00 and requesting this sum be paid from monies being held by the chapter 13 trustee.

In support hereof-movant attaches the Court Fee Agreement signed by debtors and attorney.

Wherefore, Manuel A. Cardenas moves this Court for the entry of an Order to permit Award of attorney fees of $3,500.00 plus court in the amount of $310.00.


_/e/s/  Manuel A Cardenas_
Debtor Attorney




Manuel A. Cardenas
2059 North Western Avenue
Chicago, Illinois 60647
773-227-6858
Mac.cardenaslaw@att.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-29620 |
| Enrique Montano | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor(s) | ) | |

## ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER
## THE COURT-APPROVED RETENTION AGREEMENT
### (Use for cases filed on or after April 20, 2015)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:

1.      All disclosures required by General Order No. 11-2 have been made.

2.      The attorney and the debtor(s) have either:

   (i) not entered into any other agreements that provide for the attorney to receive:

   a.      any  kind of compensation, reimbursement, or other payment, or

   b.      any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

   (ii) have specifically discussed and understand that:

   a.      the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

   b.      the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

   c.      the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

   d.      any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$  3,500.00  flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$      310.00  for filing fee paid by the attorney with the attorney's funds

$          0  for other expenses incurred in connection with the case and paid by the attorney with
          the attorney's funds (itemization must be attached)

$      310.00  Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this
case and not reflected in or related to the Court-Approved Retention Agreement:**

☒ None

A total of  $          0

Date of Application:  11/28/2017          Attorney Signature

Case 17-29620   Doc 10   Filed 10/29/17   Entered 10/29/17 23:25:21   Desc Maied
Document   Page 8 of 4

**Information to identify the case:**

| Debtor 1 | **Enrique Montano** | | | Social Security number or ITIN | **xxx–xx–0137** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | | | | Social Security number or ITIN | _ _ _ _ |
| (Spouse, if filing) | First Name | Middle Name | Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | | | Date case filed for chapter  **13**  **10/3/17** | |
| Case number:   **17–29620** | | | | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| **1.** | **Debtor's full name** | Enrique Montano | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 640A Rance Road<br>Oswego, IL 60543 | |
| **4.** | **Debtor's attorney**<br>Name and address | Manuel A. Cardenas<br>Manuel A. Cardenas and Associates, P.C.<br>2057 North Western Avenue<br>Chicago, IL 60647 | Contact phone 773 227–6858<br>Email:<br>manuelantonio_cardenas@yahoo.com,mac.cardenas<br>law@att.net |
| **5.** | **Bankruptcy trustee**<br>Name and address | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532 | Contact phone 630–981–3888 |
| **6.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 10/4/17 |

**For more information, see page 2**

Debtor  **Enrique Montano**                                                                    Case number **17–29620**

| | | |
|---|---|---|
| **7.  Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 1, 2017 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br>801 Warrenville Rd, Ste 655, Lisle, IL 60532–3614 |
| **8.  Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline:** 1/2/18 |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline:** 1/30/18 |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** 4/2/18 |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9.  Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on:<br>**12/1/17 at 11:30 AM, Location: Joliet City Hall, 150 W Jefferson Street, 2nd Floor, Joliet, IL 60432**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 3500.00**<br>**If there are no objections,** the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10.  Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11.  Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12.  Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13.  Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |